IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Silva, Heriberto | Case Number: 06 B 02296 |
|---|---|---|
| | Silva, Rosa F | Judge: Goldgar, A. Benjamin |
| | Printed: 6/3/08 | Filed: 3/9/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 22, 2008
Confirmed: May 2, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 68,367.00 | |
| Secured: | | 63,297.90 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,500.00 |
| Trustee Fee: | | 3,569.10 |
| Other Funds: | | 0.00 |
| Totals: | 68,367.00 | 68,367.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 1,500.00 | 1,500.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 46,017.50 | 46,017.50 |
| 3. | Nissan Motor Acceptance Corporation | Secured | 13,575.41 | 9,476.93 |
| 4. | Marquette Consumer Finance | Secured | 3,953.35 | 3,498.47 |
| 5. | Wells Fargo Home Mortgage | Secured | 9,819.00 | 4,305.00 |
| 6. | ECast Settlement Corp | Unsecured | 12,463.11 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 1,473.61 | 0.00 |
| 8. | Capital One | Unsecured | 753.09 | 0.00 |
| 9. | Northern Illinois University | Unsecured | 522.88 | 0.00 |
| 10. | Aspire Visa | Unsecured | 380.13 | 0.00 |
| 11. | Sallie Mae | Unsecured | 9,222.92 | 0.00 |
| 12. | B-Line LLC | Unsecured | 183.58 | 0.00 |
| 13. | William Taft University | Unsecured | 948.55 | 0.00 |
| 14. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 15. | Bally Total Fitness | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 100,813.13 | $ 64,797.90 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 33.07 |
| 5% | 721.44 |
| 4.8% | 742.80 |
| 5.4% | 1,910.81 |
| 6.5% | 160.98 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Silva, Heriberto
Silva, Rosa F
Printed: 6/3/08

Case Number: 06 B 02296
Judge: Goldgar, A. Benjamin
Filed: 3/9/06

_____
$ 3,569.10

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____